MARSDEN J. PERRY, Respondent, *v.* COUNCIL BLUFFS CITY WATER WORKS COMPANY, Appellant.*

(Argued June 14, 1894; decided June 22, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made February 17, 1893, which modified and affirmed as modified a judgment in favor of plaintiff entered upon the report of a referee.

*James L. Bishop* for appellant.

*George B. Ashley* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

JAMES W. GERARD, Respondent, *v.* FRANK H. COWPER-THWAIT, Appellant.

(Argued June 14, 1894; decided June 22, 1894.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made at the November term, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court and affirmed an order denying a motion for a new trial.

*James L. Bishop* for appellant.

*H. Kettell* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

*Reported below, 67 Hun, 456.